In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-513 CR


____________________



DUANE MICHAEL BUTLER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-030576-R






MEMORANDUM OPINION



 Duane Michael Butler appealed from a sentence imposed on August 27, 2004. Butler
filed a notice of appeal with the trial court on October 4, 2007, more than thirty days from
the date of sentencing and outside the time allowed for requesting an extension of time for
filing notice of appeal. We notified the parties that the notice of appeal did not appear to
have been timely filed. The appellant filed a response but did not show that he timely
perfected appeal.

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.




 ________________________________

 STEVE McKEITHEN

 Chief Justice 


 

Opinion Delivered November 28, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.